# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN T. MUENCH,

        Plaintiff        C-1-13-514

JEREMY J. QUINN, JR.,

        Plaintiff        C-1-13-573

    v.

CALDERHEAD, LOCKEMEYER &
PESCHKE LAW OFFICE, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Reports and Recommendations of the United States Magistrate Judge (C-1-13-514 doc. no. 24; C-1-13-573 (doc. no. 14) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection, this Court accepts the Report as uncontroverted.

2

The Reports and Recommendations of the United States Magistrate Judge (doc. nos. 14 and 24) are hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE.

Defendants' Motions to Consolidate (C-1-13-514 doc. no. 12; C-1-13-573 doc. no. 9) are GRANTED.  These cases are hereby CONSOLIDATED under civil action number 1:13cv514.  All further pleadings are to be filed under case number 1:13cv514 ONLY.

Defendants' Motion to Stay (C-1-13-514 doc. no. 11) is GRANTED. This matter is STAYED pending the resolution of the Collection Action in the Court of Common Pleas for Clermont County, Ohio, Case No. 2013 CVH 0533. Counsel shall report to this Court the status of the Collection Action on or before JUNE 16, 2014 or when the decision has been filed by the Clermont County Court of Common Pleas, whichever occurs first.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                                    s/Herman J. Weber
                                           **Herman J. Weber, Senior Judge**
                                           **United States District Court**